Rosario DONATO, Plaintiff-Appellant,

v.

AMERICAN TELEPHONE AND TELEGRAPH COMPANY, Defendant-Appellee.

No. 97-2428.

United States Court of Appeals,

Eleventh Circuit.

March 7, 2000.

Appeal from the United States District Court for the Middle District of Florida (No. 96-865-CIV-ORL-19); Patricia C. Fawsett, Judge.

Before ANDERSON, Chief Judge, BLACK, Circuit Judge, and HOEVELER[*], Senior District Judge.[**]

PER CURIAM:

We affirm the district court's dismissal of Appellant's complaint on the basis of the opinion rendered

by the Supreme Court of Florida, *Donato v. AT & T Co.,* No. SC93534, --- So.2d ---- (Fla. Jan.20, 2000).

AFFIRMED.

---

[*]Honorable William M. Hoeveler, Senior U.S. District Judge for the Southern District of Florida, sitting by designation.

[**]Chief Judge R. Lanier Anderson, III, did not participate in this decision. This decision is rendered by a quorum. 28 U.S.C. § 46(d).